# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
Rec'd ☆ MAY 2006
BROOKLYN OFFICE

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Mecca S. Carter
Deputy Clerk

Attachment

cc:  Transferee Judge:     Judge Jack B. Weinstein
      Transferor Judges:    (See Attached List of Judges)
      Transferor Clerk:      Richard W. Wieking

JPML Form 36



A CERTIFIED TRUE COPY

MAY 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY    2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Case 3:06-cv-01175-SC  Document 9  Filed 08/28/06  Page 3 of 13
Case 1:04-md-01596-JBW-RLM  Document 567  Filed 05/19/2006  Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST, DIV, C.A. #           CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-4829 SC        Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830 WHA       Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832 JSW       Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833 CRB       James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892 MJJ       Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895 WHA       Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902 WHA       Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908 MJJ       Zachary Gilman v. Eli Lilly & Co.
~~CAN 3  05-5009~~          ~~Clarence King, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  05-5011~~          ~~Shannon Harbison, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5013 WHA       Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029 PJH       Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032 PJH       Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033 MJJ       Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074 MHP       Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077 WHA       Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078 SC        Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093 PJH       David Strawn v. Eli Lilly & Co.
CAN 3  05-5094 PJH       Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096 JSW       Michael Keizur v. Eli Lilly & Co.
~~CAN 3  05-5149~~          ~~Thomas Partlow v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5150 WHA       Jeffrey Oldewurtel v. Eli Lilly & Co.
~~CAN 3  05-5152~~          ~~Michael Horton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5153 MMC       Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266 SBA       Duane Long v. Eli Lilly & Co.
CAN 3  05-5267 PJH       Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268 MJJ       Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269 JSW       Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31  JSW       Jeannie Swartz v. Eli Lilly & Co.
~~CAN 3  06-35~~            ~~Rose Cook, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-40~~            ~~Tammie Pinkney v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-41  WHA       Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248 EDL       Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252 WHA       Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253 JSW       Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894 WHA       Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895 PJH       Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896 TEH       Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897 SBA       Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898 MMC       Celita Finney v. Eli Lilly & Co.
CAN 3  06-899 SC        Duane Windom v. Eli Lilly & Co.
CAN 3  06-900 WHA       Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901 MMC       Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903 WHA       Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904 SC        Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905 TEH       Della Collins v. Eli Lilly & Co.
CAN 3  06-952 SC        Constance Heg v. Eli Lilly & Co.
CAN 3  06-955 SBA       Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956 PJH       Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957 MJJ       Linda Wright v. Eli Lilly & Co.
CAN 3  06-958 WHA       Ronald Rarric v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 2 of 9

CAN 3  06-959 ST        Philip G. Roulo, et al. v. Eli Lilly & Co.
CAN 3  06-960 JSW       Richard Anderson v. Eli Lilly & Co.
CAN 3  06-961 WHA       Paul E. Boring, et al. v. Eli Lilly & Co.
CAN 3  06-962 MJJ       Silas Bennett, et al. v. Eli Lilly & Co.
CAN 3  06-965 MJJ       Rhona Smith, et al. v. Eli Lilly & Co.
CAN 3  06-966 MMC       Sherry Stone, et al. v. Eli Lilly & Co.
CAN 3  06-967 MJJ       Timmons Hill v. Eli Lilly & Co.
CAN 3  06-968 SC        Violet Adamovich, et al. v. Eli Lilly & Co.
CAN 3  06-969 WHA       Laurie Woloszyn v. Eli Lilly & Co.
CAN 3  06-970 PJH       Tania Rupert, et al. v. Eli Lilly & Co.
CAN 3  06-972 PJH       Vickie Abasta v. Eli Lilly & Co.
CAN 3  06-976 TEH       Anthony Jackson v. Eli Lilly & Co.
CAN 3  06-979 SC        Estella Mullings v. Eli Lilly & Co.
CAN 3  06-981 MMC       Cheryl Hill v. Eli Lilly & Co.
CAN 3  06-983 SC        Aaron Roberts v. Eli Lilly & Co.
CAN 3  06-984 MHP       Mary Willhoite v. Eli Lilly & Co.
CAN 3  06-987 PJH       Tuesday Golden, et al. v. Eli Lilly & Co.
CAN 3  06-989 MMC       Vag Mayi v. Eli Lilly & Co.
CAN 3  06-990 MJJ       Constance Fuller v. Eli Lilly & Co.
CAN 3  06-991 MJJ       Louise Rodriguez v. Eli Lilly & Co.
CAN 3  06-994 MHP       Jason Evans v. Eli Lilly & Co.
CAN 3  06-995 TEH       Aaron Kirkland v. Eli Lilly & Co.
CAN 3  06-996 PJH       Laura Dalena v. Eli Lilly & Co.
CAN 3  06-997 MMC       Roger Mount, et al. v. Eli Lilly & Co.
CAN 3  06-998 SC        Teresa Brando v. Eli Lilly & Co.
CAN 3  06-999 SI        Linda Hilton v. Eli Lilly & Co.
CAN 3  06-1001 MHP      Adam Santucci v. Eli Lilly & Co.
CAN 3  06-1003 MJJ      Assefa Enkuneh v. Eli Lilly & Co.
CAN 3  06-1004 MMC      Linda Tafoya-Bassett, et al. v. Eli Lilly & Co.
CAN 3  06-1005 MMC      Cheryl D. Adams v. Eli Lilly & Co.
CAN 3  06-1006 SC       Kathleen Koche v. Eli Lilly & Co.
CAN 3  06-1007 MMC      Juan Saffold v. Eli Lilly & Co.
CAN 3  06-1008 JSW      Gloria Scott v. Eli Lilly & Co.
CAN 3  06-1009 JSW      Mary Smith v. Eli Lilly & Co.
CAN 3  06-1010 PJH      Craig Lucas v. Eli Lilly & Co.
CAN 3  06-1011 MMC      Charmine Laney v. Eli Lilly & Co.
CAN 3  06-1013 SC       Karen Jones v. Eli Lilly & Co.
CAN 3  06-1023 JSW      Pat Colvin, et al. v. Eli Lilly & Co.
CAN 3  06-1024 WHA      Charles H. Butler, et al. v. Eli Lilly & Co.
CAN 3  06-1025 TEH      Bart Russell v. Eli Lilly & Co.
CAN 3  06-1026 MMC      Deborah Hargraves v. Eli Lilly & Co.
CAN 3  06-1027 MMC      Robin Mcgowan v. Eli Lilly & Co.
CAN 3  06-1028 PJH      Josie Miller v. Eli Lilly & Co.
CAN 3  06-1029 MJJ      Ralph Cole v. Eli Lilly & Co.
CAN 3  06-1031 WHA      Theodore Comer, et al. v. Eli Lilly & Co.
CAN 3  06-1033 WHA      Craig Green v. Eli Lilly & Co.
CAN 3  06-1034 JSW      Judith Kokesh, et al. v. Eli Lilly & Co.
CAN 3  06-1035 SC       Hollis Greenspan v. Eli Lilly & Co.
CAN 3  06-1036 MMC      Mildred Robek, et al. v. Eli Lilly & Co.
CAN 3  06-1037 JL       Linda Rockman v. Eli Lilly & Co.
CAN 3  06-1039 MJJ      John Molinaro, et al. v. Eli Lilly & Co.
CAN 3  06-1040 WHA      John Wardlow v. Eli Lilly & Co.
CAN 3  06-1041 MJJ      Henry Wolfe, et al. v. Eli Lilly & Co.
CAN 3  06-1042 MJJ      Karlina Ann Temple, et al. v. Eli Lilly & Co.
CAN 3  06-1043 WHA      Scott Murphy v. Eli Lilly & Co.
CAN 3  06-1044 PJH      Sabenna D. Burgess v. Eli Lilly & Co.
CAN 3  06-1045 SC       John Sgarlata, et al. v. Eli Lilly & Co.
~~CAN 3  06-1046~~          ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-1049~~          ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)  PAGE 3 of 9

CAN 3  06-1050  Howard Grove, et al. v. Eli Lilly & Co.
CAN 3  06-1051  Anna Andrake, et al. v. Eli Lilly & Co.
CAN 3  06-1052  Connie L. Zimmerman, et al. v. Eli Lilly & Co.
CAN 3  06-1053  Patricia D. Sowa, et al. v. Eli Lilly & Co.
CAN 3  06-1054  Priscilla Shrader v. Eli Lilly & Co.
CAN 3  06-1056  Janet Janssen v. Eli Lilly & Co.
CAN 3  06-1057  Mary Kathryn Isom, et al. v. Eli Lilly & Co.
CAN 3  06-1058  Dean Brenner, et al. v. Eli Lilly & Co.
CAN 3  06-1060  Cathy Strickland, et al. v. Eli Lilly & Co.
CAN 3  06-1061  Joseph Teleky, et al. v. Eli Lilly & Co.
CAN 3  06-1062  Brenda Hunter v. Eli Lilly & Co.
CAN 3  06-1063  Steven Tomaselli v. Eli Lilly & Co.
CAN 3  06-1064  Theresa Trotman v. Eli Lilly & Co.
CAN 3  06-1076  Michael D. Raynor, et al. v. Eli Lilly & Co.
CAN 3  06-1077  Rommell Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1078  Noemi Hernandez v. Eli Lilly & Co.
CAN 3  06-1079  Wandy Deasy v. Eli Lilly & Co.
CAN 3  06-1080  Joe Flores v. Eli Lilly & Co.
CAN 3  06-1081  ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1082  Felipe Flores v. Eli Lilly & Co.
CAN 3  06-1083  Jamal G. Treadwell v. Eli Lilly & Co.
CAN 3  06-1084  Ward Marks v. Eli Lilly & Co.
CAN 3  06-1085  Carroll Vanover v. Eli Lilly & Co.
CAN 3  06-1086  Sandy Laverich v. Eli Lilly & Co.
CAN 3  06-1088  Alberta Johnson v. Eli Lilly & Co.
CAN 3  06-1090  Greg Bauder v. Eli Lilly & Co.
CAN 3  06-1091  Linda Soule v. Eli Lilly & Co.
CAN 3  06-1093  Pampatha Mitchell, et al. v. Eli Lilly & Co.
CAN 3  06-1096  Keith Bacon v. Eli Lilly & Co.
CAN 3  06-1099  James Fraser v. Eli Lilly & Co.
CAN 3  06-1100  Lois Osenga v. Eli Lilly & Co.
CAN 3  06-1103  Brandon Holmes v. Eli Lilly & Co.
CAN 3  06-1106  Gary Gauthier v. Eli Lilly & Co.
CAN 3  06-1108  Leilani Jones v. Eli Lilly & Co.
CAN 3  06-1110  Theresa Hill v. Eli Lilly & Co.
CAN 3  06-1111  Marguerite Joiner v. Eli Lilly & Co.
CAN 3  06-1112  Glenna Rohr v. Eli Lilly & Co.
CAN 3  06-1113  Diana Platts v. Eli Lilly & Co.
CAN 3  06-1116  Toni Iness v. Eli Lilly & Co.
CAN 3  06-1117  Carlos Garcia v. Eli Lilly & Co.
CAN 3  06-1118  Jason Skaggs v. Eli Lilly & Co.
CAN 3  06-1119  Kimberly Johnson, et al. v. Eli Lilly & Co.
CAN 3  06-1122  James Thomas v. Eli Lilly & Co.
CAN 3  06-1123  Bruce Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1124  Jeffrey Hamlet v. Eli Lilly & Co.
CAN 3  06-1125  Timothy Miller v. Eli Lilly & Co.
CAN 3  06-1126  James Arns v. Eli Lilly & Co.
CAN 3  06-1127  Severa Cruz v. Eli Lilly & Co.
CAN 3  06-1128  Brian Rickard v. Eli Lilly & Co.
CAN 3  06-1129  Peter Klein, et al. v. Eli Lilly & Co.
CAN 3  06-1131  James J. Duchnowski, et al. v. Eli Lilly & Co.
CAN 3  06-1132  Jamel Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-1133  Alvie M. Laver v. Eli Lilly & Co.
CAN 3  06-1134  Shirley Eddy v. Eli Lilly & Co.
CAN 3  06-1135  Robin Cameron, et al. v. Eli Lilly & Co.
CAN 3  06-1155  Lisa Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1156  Dale Hoblit, et al. v. Eli Lilly & Co.
CAN 3  06-1158  William C. Briggs, et al. v. Eli Lilly & Co.
CAN 3  06-1159  Norine Ciaio v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 4 of 9

CAN 3  06-1160  *Wxxa*        Yash Kapur v. Eli Lilly & Co. *Wxxa*
CAN 3  06-1161  *MHx*         Doreen Bell v. Eli Lilly & Co. *MHx*
CAN 3  06-1162  *JSW*         William O'brien v. Eli Lilly & Co.
CAN 3  06-1163  *MMC*         Kimberly Hopkins v. Eli Lilly & Co.
CAN 3  06-1164  *SC*          Florence Karolyi v. Eli Lilly & Co.
CAN 3  06-1168  *MHx*         Kathlene Cheriki v. Eli Lilly & Co.
CAN 3  06-1170  *PJH*         Susan Kline v. Eli Lilly & Co.
CAN 3  06-1171  *MMC*         Dennis Muschitz v. Eli Lilly & Co.
CAN 3  06-1172  *SI*          Patricia Banks v. Eli Lilly & Co.
CAN 3  06-1174  *PJH*         David Chismar, et al. v. Eli Lilly & Co.
CAN 3  06-1175  *SC*          Virginia Craig v. Eli Lilly & Co.
CAN 3  06-1178               Sandra Nyberg, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1179  *JIW*         Lehman Brownell v. Eli Lilly & Co.
CAN 3  06-1180  *CW*          Yolanda Araujo v. Eli Lilly & Co.
CAN 3  06-1182  *SC*          Karen Halechko v. Eli Lilly & Co.
CAN 3  06-1184  *JSW*         Gerald Garfield, et al. v. Eli Lilly & Co.
CAN 3  06-1185  *MJS*         Tyna Bass v. Eli Lilly & Co.
CAN 3  06-1186  *TEH*         Antonio Daniel v. Eli Lilly & Co.
CAN 3  06-1187  *SC*          Pat Miller, et al. v. Eli Lilly & Co.
CAN 3  06-1188  *PJH*         Alberta Oliviri v. Eli Lilly & Co.
CAN 3  06-1190  *SBA*         Juawawno Boone v. Eli Lilly & Co.
CAN 3  06-1194  *TEH*         Anne Johnson v. Eli Lilly & Co.
CAN 3  06-1195  *MJS*         Paul Matthews v. Eli Lilly & Co.
CAN 3  06-1198  *MJS*         Ann Marie Gianetto v. Eli Lilly & Co.
CAN 3  06-1199  *TEH*         Kathy Martin v. Eli Lilly & Co.
CAN 3  06-1200               Gould Meclarny v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1201  *SI*          Waymon Donat v. Eli Lilly & Co.
CAN 3  06-1202  *SBA*         Richard Jenkins, et al. v. Eli Lilly & Co.
CAN 3  06-1204  *MJS*         Frank Giacomazzo v. Eli Lilly & Co.
CAN 3  06-1206  *MHx*         Letha Russell v. Eli Lilly & Co.
CAN 3  06-1207  *MHx*         Patricia Glenn, et al. v. Eli Lilly & Co.
CAN 3  06-1209  *TEH*         Judith A. Gunnette, et al. v. Eli Lilly & Co.
CAN 3  06-1230  *MMC*         John Bowermaster v. Eli Lilly & Co.
CAN 3  06-1231  *PJH*         Patrick Callaway v. Eli Lilly & Co.
CAN 3  06-1232  *JSW*         Mary Lee v. Eli Lilly & Co.
CAN 3  06-1233  *PJH*         Barbara Pupo v. Eli Lilly & Co.
CAN 3  06-1235  *MJS*         Iris Wohlt, et al. v. Eli Lilly & Co.
CAN 3  06-1236  *PJH*         Darrel Vail v. Eli Lilly & Co.
CAN 3  06-1237  *MJS*         Charles Coffman v. Eli Lilly & Co.
CAN 3  06-1239  *MMC*         Lauree Ward v. Eli Lilly & Co.
CAN 3  06-1240  *TEH*         Patricia Pirotta v. Eli Lilly & Co.
CAN 3  06-1241  *MHx*         Larry Pancher v. Eli Lilly & Co.
CAN 3  06-1242  *Wxxa*        Jo Marie Santi v. Eli Lilly & Co.
CAN 3  06-1244  *EDL*         Gail F. Cowher v. Eli Lilly & Co.
CAN 3  06-1245  *MJS*         Cox v. Eli Lilly & Co.
CAN 3  06-1246  *Wxxa*        Kenneth Crawford v. Eli Lilly & Co.
CAN 3  06-1263  *Wxxa*        William J. Crawford v. Eli Lilly & Co.
CAN 3  06-1267  *SC*          Kimberly Santagata, et al. v. Eli Lilly & Co.
CAN 3  06-1269  *SI*          Harrison Sarver, et al. v. Eli Lilly & Co.
CAN 3  06-1270  *MMC*         Rivers v. Eli Lilly & Co.
CAN 3  06-1273  *Wxxa*        Marianne Capelle, et al. v. Eli Lilly & Co.
CAN 3  06-1274  *JSW*         Kathleen Mark, et al. v. Eli Lilly & Co.
CAN 3  06-1281  *JSW*         Scott M. Tucker v. Eli Lilly & Co.
CAN 3  06-1282  *SC*          Nancy L. French v. Eli Lilly & Co.
CAN 3  06-1293  *SI*          Michael J. Watkins v. Eli Lilly & Co.
CAN 3  06-1294  *JSW*         Gerald L. Fletcher v. Eli Lilly & Co.
CAN 3  06-1297  *TEH*         Pamela A. Pence, et al. v. Eli Lilly & Co.
CAN 3  06-1299  *SC*          Ashraf M. Hashmi v. Eli Lilly & Co.
CAN 3  06-1308               Manford Hanson v. Eli Lilly & Co. Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                          PAGE 5 of 9

CAN 3  06-1310          Wesley Kirby v. Eli Lilly & Co.
CAN 3  06-1312          Beth Smith, et al. v. Eli Lilly & Co.
~~CAN 3  06-1313          Leilani Jones v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1320          Josie L. Murray v. Eli Lilly & Co.
CAN 3  06-1327          Beatrice L. Elserougi v. Eli Lilly & Co.
CAN 3  06-1328          Valerie J. Mirabile v. Eli Lilly & Co.
CAN 3  06-1330          Larry Reyes v. Eli Lilly & Co.
CAN 3  06-1333          Kathleen A. Hawk v. Eli Lilly & Co.
CAN 3  06-1334          Robert Koch v. Eli Lilly & Co.
CAN 3  06-1339          Ernestine Bowyer v. Eli Lilly & Co.
CAN 3  06-1340          Airetta P.J. Becica v. Eli Lilly & Co.
CAN 3  06-1343          Marie D. Price v. Eli Lilly & Co.
CAN 3  06-1344          Lawrence Segers, Jr. v. Eli Lilly & Co.
CAN 3  06-1354          Rick Alldrin, et al. v. Eli Lilly & Co.
CAN 3  06-1356          Lionel Arms, et al. v. Eli Lilly & Co.
CAN 3  06-1373          Judith A. Stanley v. Eli Lilly & Co.
CAN 3  06-1374          Donna M. Strasburger v. Eli Lilly & Co.
~~CAN 3  06-1376          Richard Keith, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1379          Deborah A. Couch v. Eli Lilly & Co.
CAN 3  06-1382          Donald R. Dimartino v. Eli Lilly & Co.
~~CAN 3  06-1387          Wesley Kirby v. Eli Lilly & Co.~~ Vacated 5/17/06
CAN 3  06-1388          Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co.
CAN 3  06-1389          Brandy S. Morgan v. Eli Lilly & Co.
CAN 3  06-1392          Donna L. Wojnovich v. Eli Lilly & Co.
CAN 3  06-1393          Caren L. Wilson v. Eli Lilly & Co.
CAN 3  06-1396          Charlene West v. Eli Lilly & Co.
CAN 3  06-1397          Mary Senf v. Eli Lilly & Co.
CAN 3  06-1398          Nancy L. Axe v. Eli Lilly & Co.
CAN 3  06-1400          Judy M. Fisher v. Eli Lilly & Co.
CAN 3  06-1401          Azie Gould Mcclardy v. Eli Lilly & Co.
CAN 3  06-1404          Robert Young v. Eli Lilly & Co.
CAN 3  06-1405          Peter Williams v. Eli Lilly & Co.
CAN 3  06-1406          Marlene Rogala v. Eli Lilly & Co.
CAN 3  06-1432          Shantell Wade-Herbert, et al. v. Eli Lilly & Co.
CAN 3  06-1433          Evelina Zollicoffer, et al. v. Eli Lilly & Co.
CAN 3  06-1435          David R. Werner v. Eli Lilly & Co.
CAN 3  06-1437          Earnest L. Davis v. Eli Lilly & Co.
CAN 3  06-1439          Joann Philbin, et al. v. Eli Lilly & Co.
CAN 3  06-1442          Barrett v. Eli Lilly & Co.
CAN 3  06-1443          Carol A. Bartlett v. Eli Lilly & Co.
CAN 3  06-1457          Howard Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1458          Bernadine A. Bienias v. Eli Lilly & Co.
CAN 3  06-1460          Richard A. Hernandez v. Eli Lilly & Co.
CAN 3  06-1462          Sandra M. Johnson v. Eli Lilly & Co.
CAN 3  06-1465          Heber Olsen, et al. v. Eli Lilly & Co.
CAN 3  06-1466          James Cutter v. Eli Lilly & Co.
CAN 3  06-1467          Adnan Tuncel v. Eli Lilly & Co.
CAN 3  06-1468          Shirley A. Jones v. Eli Lilly & Co.
CAN 3  06-1469          Zackarius E. Kleinsasser v. Eli Lilly & Co.
CAN 3  06-1472          Damon L. Dowdell v. Eli Lilly & Co.
CAN 3  06-1473          Jennifer L. Kebler v. Eli Lilly & Co.
CAN 3  06-1476          Linda K. Hartle v. Eli Lilly & Co.
CAN 3  06-1477          Oradean Foster v. Eli Lilly & Co.
CAN 3  06-1479          Maurice Looney v. Eli Lilly & Co.
CAN 3  06-1480          Andrew J.w. Walker v. Eli Lilly & Co.
CAN 3  06-1481          Gregory Knight v. Eli Lilly & Co.
CAN 3  06-1482          Harriet F. Haughiout v. Eli Lilly & Co.
CAN 3  06-1484          Mary E. Hunter v. Eli Lilly & Co.
CAN 3  06-1486          Marvette L. Keys v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 6 of 9

CAN 3  06-1487  *PJH*        Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489  *WHm*        William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490  *MJJ*        Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491  *MMC*        Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493  *MHP*        David Martinez v. Eli Lilly & Co.
CAN 3  06-1494  *SC*         Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495  *JSW*        Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497  *MJJ*        Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525  *JSW*        Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527  *SC*         Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530  *SC*         Joel Feser v. Eli Lilly & Co.
~~CAN 3  06-1532~~           ~~Gerald Garfield, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1533  *JSW*        Eric Padgett v. Eli Lilly & Co.
~~CAN 3  06-1534~~           ~~Alberta Johnson v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1537  *MJJ*        Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538  *MMC*        Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540  *MMC*        Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542  *TEH*        Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543  *MJJ*        William Maloney v. Eli Lilly & Co.
CAN 3  06-1544  *JSW*        Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547  *MMC*        Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548  *SC*         Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549  *WHA*        Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550  *MHP*        Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552  *SI*         Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553  *SI*         Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554  *PJH*        Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556  *PJH*        Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559  *SC*         Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562  *WHA*        David Bell v. Eli Lilly & Co.
CAN 3  06-1563  *JSW*        Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565  *PJH*        Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566  *MMC*        Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567  *WHA*        Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605  *MHP*        Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606  *MJJ*        Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611  *SI*         Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613  *SI*         Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614  *SI*         Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615  *CW*         Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618  *SI*         Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620  *SI*         Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622  *SI*         Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623  *SI*         Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624  *SI*         Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625  *SI*         Nicholas Gonzales v. Eli Lilly & Co.
~~CAN 3  06-1626~~           ~~Ann Dutton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1627  *SI*         Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628  *SI*         Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643  *SI*         James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644  *SI*         Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692  *EMC*        Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693  *MHP*        Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697  *MHP*        Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699  *SC*         James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701  *SI*         Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702  *MMC*        Marcella L. Lowry v. Eli Lilly & Co.

Case 3:06-cv-01175-SC    Document 9    Filed 08/28/06    Page 9 of 13
Case 1:04-md-01596-JBW-RLM    Document 567    Filed 05/19/2006    Page 9 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 7 of 9

CAN 3  06-1705 *SC*          Donald D. Hetrick v. Eli Lilly & Co.
CAN 3  06-1706 *JSW*         Carol S. Buvoltz v. Eli Lilly & Co.
~~CAN 3  06-1708~~           ~~Gerald L. Fletcher v. Eli Lilly & Co.~~ Vacated 5/17/06
CAN 3  06-1709 *SI*          Ronald J. Elardo, et al. v. Eli Lilly & Co.
CAN 3  06-1712 *WHA*         Beverly Sikora, et al. v. Eli Lilly & Co.
~~CAN 3  06-1757~~           ~~Linda L. Nevei v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1758 *SC*          Gina Mcdonald v. Eli Lilly & Co.
CAN 3  06-1761 *MHT*         Tracy K. Mueller v. Eli Lilly & Co.
CAN 3  06-1770 *SI*          Madeline Elsener v. Eli Lilly & Co.
CAN 3  06-1787 *MJJ*         Joe Stevenson, et al. v. Eli Lilly & Co.
CAN 3  06-1788 *MJJ*         Helene M. Lotka v. Eli Lilly & Co.
CAN 3  06-1819 *SC*          Don Wilson v. Eli Lilly & Co.
CAN 3  06-1825 *WHA*         Darren A. Wimley v. Eli Lilly & Co.
CAN 3  06-1847 *PJH*         Shireen L. Thomas, et al. v. Eli Lilly & Co.
CAN 3  06-1852 *MJJ*         Curtis C. Tomkins v. Eli Lilly & Co.
CAN 3  06-1856 *PJH*         Irish G. Whaley v. Eli Lilly & Co.
CAN 3  06-1859 *MJJ*         Conrad F. Sammet, Jr. v. Eli Lilly & Co.
CAN 3  06-1860 *SI*          Brandy L. Rooks, et al. v. Eli Lilly & Co.
CAN 3  06-1931 *JSW*         Jorenda Bolden v. Eli Lilly & Co.
~~CAN 3  06-2038~~           ~~Helene M. Lotka v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-2188~~           ~~Timothy Johnson, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2283 *WHA*         Johnnena Washington v. Eli Lilly & Co.
~~CAN 3  06-2385~~           ~~Russel Woodrow, et al. v. Eli Lilly & Co.~~ Opposed 5/17/06
~~CAN 3  06-2386~~           ~~John Grant, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2398 *MHT*         Duane Inks v. Eli Lilly & Co.
CAN 3  06-2399 *MJJ*         Eunice Asher v. Eli Lilly & Co.
CAN 3  06-2420 *JSW*         Eiraje Hajebi, et al. v. Eli Lilly & Co., et al.
CAN 3  06-2421 *JSW*         David Engstrom, et al. v. Eli Lilly & Co., et al.
~~CAN 3  06-2489~~           ~~Andra Alexander, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2609 *MJJ*         Eric John Hornisher, et al. v. Eli Lilly & Co.
CAN 4  05-4831              Don Pledger, et al. v. Eli Lilly & Co.
CAN 4  05-4894              Tonya Alexander v. Eli Lilly & Co.
~~CAN 4  05-5097~~           ~~Cynthia Akins, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 4  05-5098~~           ~~Shannon La' Rocque v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 4  05-5099              Timothy O'neill v. Eli Lilly & Co.
CAN 4  05-5148              Mark Sewell v. Eli Lilly & Co.
CAN 4  05-5151              Tammy Kelly, et al. v. Eli Lilly & Co.
CAN 4  05-5291              Alberta Smiley-Harris v. Eli Lilly & Co.
CAN 4  05-5292              Denine Cook v. Eli Lilly & Co.
CAN 4  06-8                 Jerry Lee Ginn, et al. v. Eli Lilly & Co.
CAN 4  06-39                Viola Ward v. Eli Lilly & Co.
CAN 4  06-250               David Sensenig v. Eli Lilly & Co.
CAN 4  06-893               George Carmack v. Eli Lilly & Co.
CAN 4  06-906               Franklin Fraley v. Eli Lilly & Co.
CAN 4  06-954               Patsy Shows v. Eli Lilly & Co.
CAN 4  06-973               Sidney Carson, et al. v. Eli Lilly & Co.
CAN 4  06-974               Patricia Grillot v. Eli Lilly & Co.
CAN 4  06-977               Daniel Lemke v. Eli Lilly & Co.
CAN 4  06-980               Natalie Summers v. Eli Lilly & Co.
CAN 4  06-985               Ruth Porter, et al. v. Eli Lilly & Co.
CAN 4  06-988               Ronald Kemp v. Eli Lilly & Co.
CAN 4  06-993               Steven Dektor v. Eli Lilly & Co.
CAN 4  06-1022              Martha Meyer, et al. v. Eli Lilly & Co.
CAN 4  06-1030              John Luthy v. Eli Lilly & Co.
CAN 4  06-1032              James P. Ledney, et al. v. Eli Lilly & Co.
CAN 4  06-1038              Hazel Blumenschein v. Eli Lilly & Co.
CAN 4  06-1048              Dante Barfield v. Eli Lilly & Co.
CAN 4  06-1055              Faye Montgomery v. Eli Lilly & Co.
CAN 4  06-1059              Dennis Taylor, et al. v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                                    PAGE 8 of 9

CAN 4  06-1087          Maria Jordan v. Eli Lilly & Co.
CAN 4  06-1089          Maria Mercado v. Eli Lilly & Co.
CAN 4  06-1097          John Popielarcheck, et al. v. Eli Lilly & Co.
CAN 4  06-1102          Michelle Auger v. Eli Lilly & Co.
CAN 4  06-1107          Manford Hanson v. Eli Lilly & Co.
CAN 4  06-1115          Shultz, et al. v. Eli Lilly & Co.
CAN 4  06-1121          Mandy Brown v. Eli Lilly & Co.
CAN 4  06-1130          Heather Duff v. Eli Lilly & Co.
CAN 4  06-1157          Sharon Lavas v. Eli Lilly & Co.
CAN 4  06-1165          Gregory Kelker v. Eli Lilly & Co.
CAN 4  06-1167          Linda Martorana v. Eli Lilly & Co.
CAN 4  06-1169          Mamie Hurt v. Eli Lilly & Co.
CAN 4  06-1173          Fern Malayeco v. Eli Lilly & Co.
CAN 4  06-1176          Fred Botos, et al. v. Eli Lilly & Co.
CAN 4  06-1181          William Cossick v. Eli Lilly & Co.
CAN 4  06-1183          James Bacon v. Eli Lilly & Co.
CAN 4  06-1189          Jesse Frausto, et al. v. Eli Lilly & Co.
CAN 4  06-1192          John Ondo v. Eli Lilly & Co.
CAN 4  06-1196          Robert Hawkins v. Eli Lilly & Co.
CAN 4  06-1197          Maxine Burkley v. Eli Lilly & Co.
CAN 4  06-1203          Andrea Mendoza v. Eli Lilly & Co.
CAN 4  06-1205          Deb Osburn, et al. v. Eli Lilly & Co.
~~CAN 4  06-1234          John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 4  06-1238          Ernest Chaves v. Eli Lilly & Co.
CAN 4  06-1243          Robert Campbell v. Eli Lilly & Co.
CAN 4  06-1271          Rosa A. Hoffman, et al. v. Eli Lilly & Co.
CAN 4  06-1272          Bonnie Hall, et al. v. Eli Lilly & Co.
CAN 4  06-1298          Kenneth F. Gibson v. Eli Lilly & Co.
~~CAN 4  06-1309          Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 4  06-1324          Milan J. Veres, et al. v. Eli Lilly & Co.
CAN 4  06-1325          Mensenia E. Deloach v. Eli Lilly & Co.
CAN 4  06-1338          Linda R. Linn v. Eli Lilly & Co.
CAN 4  06-1360          Gwen Davis, et al. v. Eli Lilly & Co.
CAN 4  06-1372          Beth M. Seigenfuse v. Eli Lilly & Co.
CAN 4  06-1375          Tracy E. Reed v. Eli Lilly & Co.
CAN 4  06-1378          Charles Weldon, et al. v. Eli Lilly & Co.
CAN 4  06-1381          Tyrone Johnson v. Eli Lilly & Co.
CAN 4  06-1386          Gurley E. Glenn v. Eli Lilly & Co.
CAN 4  06-1391          Florence B. Perry v. Eli Lilly & Co.
CAN 4  06-1450          Sandra J. Forbes v. Eli Lilly & Co.
CAN 4  06-1451          Rafael A. Beltran v. Eli Lilly & Co.
CAN 4  06-1452          Ida L. Hollis v. Eli Lilly & Co.
CAN 4  06-1455          Mary G. Chenger, et al. v. Eli Lilly & Co.
CAN 4  06-1456          Patricia Murnin, et al. v. Eli Lilly & Co.
CAN 4  06-1459          Mary E. Jones v. Eli Lilly & Co.
CAN 4  06-1461          David R. Carroll v. Eli Lilly & Co.
CAN 4  06-1471          Frank J. Young v. Eli Lilly & Co.
CAN 4  06-1478          Joann C. Moffitt v. Eli Lilly & Co.
CAN 4  06-1496          Dranoel E. Browne v. Eli Lilly & Co.
CAN 4  06-1498          Karla Tomastik v. Eli Lilly & Co.
CAN 4  06-1501          Tracy L. Ayers v. Eli Lilly & Co.
CAN 4  06-1536          Noreen Corduck, et al. v. Eli Lilly & Co.
CAN 4  06-1539          Edward Truitt v. Eli Lilly & Co.
CAN 4  06-1546          Eugene R. Davis v. Eli Lilly & Co.
CAN 4  06-1560          Borys Bohonik v. Eli Lilly & Co.
CAN 4  06-1561          Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co.
CAN 4  06-1569          Marcus L. Guy v. Eli Lilly & Co.
CAN 4  06-1607          Barbara Murray, et al. v. Eli Lilly & Co.
CAN 4  06-1694          Toritha D. Ewell v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 9 of 9

| | | |
|---|---|---|
| CAN 4 06-1696 | David Barton Thomas v. Eli Lilly & Co. |
| CAN 4 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. |
| CAN 4 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. |
| ~~CAN 4 06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 06-1827 | Norma L. Terry v. Eli Lilly & Co. |
| CAN 4 06-1844 | Jason Tsangaris v. Eli Lilly & Co. |
| ~~CAN 4 06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |

## INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

## INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton'
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102